**JS-6**

# United States District Court
# Central District of California

| | |
|---|---|
| YURIRIA DIAZ, as an individual and on behalf of others similarly situated,<br><br>              Plaintiffs,<br><br>   v.<br><br>MACY'S WEST STORES, INC. dba Macy's, an Ohio corporation, and DOES 1-50, inclusive<br><br>              Defendants. | Case № 8:19-cv-00303-ODW (MAAx)<br><br><br><br>**JUDGMENT** |

# **JUDGMENT**

Pursuant to the Court's Order Granting Defendant's Motion to Dismiss, it is therefore **ORDERED, ADJUDGED, and DECREED**:

1. Plaintiff shall recover nothing from Defendant;
2. Plaintiff's Complaint is dismissed on the merits and with prejudice; and
3. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

December 6, 2019

                                    _____
                                    **OTIS D. WRIGHT, II
                                    UNITED STATES DISTRICT JUDGE**