UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| No. | 8:19-cv-00303-ODW (MAAx) | Date | October 8, 2021 |
|---|---|---|---|
| Title | *Yuriria Diaz v. Macys West Stores, Inc. et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings:**  ORDER TO SHOW CAUSE Why This Case Should Not Be Stayed

    Defendant filed a Notice of Pendency of Other Actions or Proceedings pursuant to Central District Local Rule 83-1.4. (Not., ECF No. 54.) Defendant represents that "all or a material part" of the present action, *Diaz v. Macys West Stores*, is being litigated in one or more of seven other PAGA actions currently pending against Defendant. Four of the seven actions have been related and assigned to the same judge in the Complex Division of the Los Angeles County Superior Court, with a fifth one soon to follow by stipulation.

    If all or most of this case is being litigated in other cases, and especially if most of these other cases have already been related or consolidated before a single state-court judge, then a full or partial stay of this case may be appropriate. The body of Defendant's Notice, however, does not provide the Court with material information on whether the claims in this case are being litigated in the other cases. *See* C.D. Cal. L.R. 83-1.4.2(e). In comparing actions arising from the wage-and-hour provisions of the California Labor Code, it is typically not enough to point out that two plaintiffs in two different actions are each asserting a cause of action for, say, "Failure to Pay Overtime Wages." This is because there are many ways for an employer to violate California overtime requirements, and merely pointing out that the two causes of action bear the same label does not indicate in any way that the actual violation being sued on is the same.

    Accordingly, the Court **ORDERS** the parties **TO SHOW CAUSE**, in writing only, no later than **October 22, 2021**, why this action should not be stayed pending the resolution of one

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | 8:19-cv-00303-ODW (MAAx) | Date | October 8, 2021 |
|---|---|---|---|
| Title | *Yuriria Diaz v. Macys West Stores, Inc. et al.* | | |

or more of the seven other PAGA actions currently pending against Defendant. No hearing will be held.

The parties shall submit separate responses. C.D. Cal. L.R. 83-1.4.1 ("The duty imposed by L.R. 83-1.4 continues throughout the time an action is before this Court."). Responses should consist of a careful comparison of a given claim in this case to each identically-titled claim in the other cases (the twenty-eight bolded claims in Defendant's Notice). Responses should contain citations to specific paragraphs in each operative pleading demonstrating that the specific violation giving rise to the claim in this case and the specific violation giving rise to the claim in the other case are or are not the same. The parties should also address whether a full stay or a partial stay is more appropriate.

Failure to respond to this Order will be deemed consent to the staying of the case.

**IT IS SO ORDERED**.

                                                                          :    00

                                         Initials of Preparer    SE