ARMOND M. JACKSON, SBN 281547
ajackson@jacksonapc.com
JACKSON APC
2 Venture Plaza, Ste. 400
Irvine, CA 92618
Telephone: (949) 281-6857
Facsimile: (949) 777-6218

Attorneys for Plaintiff YURIRIA DIAZ

FERMIN H. LLAGUNO, SBN 185222
fllaguno@littler.com
P. DUSTIN BODAGHI, SBN 271501
dbodaghi@littler.com
LITTLER MENDELSON P.C.
18565 Jamboree Road, Suite 800
Irvine, CA  92612
Telephone: (949) 705-3000
Facsimile: (949) 724-1201

Attorneys for Defendant
MACY'S WEST STORES, INC.
n/k/a MACY'S RETAIL HOLDINGS, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YURIRIA DIAZ, as an individual and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MACY'S WEST STORES, INC. dba Macy's a Ohio corporation and DOES 1-15, inclusive,<br><br>Defendants. | Case No. 8:19-cv-00303-PSG-MAA<br><br>**JOINT STIPULATION TO DISMISS ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

1

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Yuriria Diaz ("Plaintiff") and Defendant Macy's West Stores, Inc. n/k/a Macy's Retail Holdings, LLC ("Defendant") jointly stipulate to dismiss this action as follows: (i) dismissal of Plaintiff's individual claims under the Labor Code Private Attorneys General Act ("PAGA") with prejudice; and (ii) dismissal of Plaintiff's non-individual PAGA claims without prejudice. Plaintiff and Defendant stipulate to the dismissal of this action in its entirety as stated above, with each party to bear its own costs, expenses, and attorney fees.

Dated: October 15, 2024

*/s/ Armond M. Jackson*
ARMOND M. JACKSON
JACKSON APC
Attorneys for Plaintiff
YURIRIA DIAZ

Dated: October 15, 2024

*/s/ P. Dustin Bodaghi*
FERMIN H. LLAGUNO
P. DUSTIN BODAGHI
LITTLER MENDELSON, P.C.
Attorneys for Defendant
MACY'S WEST STORES, INC. n/k/a
MACY'S RETAIL HOLDINGS, LLC

L.R. 5-4.3.4(a)(2)(i) Certification:

*All other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

4859-0674-2505.1 / 095323-1002
09/25/24 9:04AM

**PROOF OF SERVICE**
STATE OF CALIFORNIA
COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 2 Venture Plaza Ste.400 Irvine, California 92618. My email address is ravalos@jacksonapc.com

On October 15, 2024, referring to the foregoing document described as:

**JOINT STIPULATION TO DISMISS ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

Was served on the interested parties in this action:

| | |
|---|---|
| FERMIN H. LLAGUNO, fllaguno@littler.com P. DUSTIN BODAGHI, Bar No. 271501 dbodaghi@littler.com **LITTLER MENDELSON, P.C.** 2050 Main Street, Suite 900 Irvine, CA 92614 Telephone: 949.705.3000 Facsimile: 949.724.1201 | Attorneys for Defendant MACY'S WEST STORES, INC. n/k/a MACY'S RETAIL HOLDINGS, LLC |
| Michael C. Christman, Bar No. 319758 michael.christman@macys.com **MACY'S LAW DEPARTMENT** 11477 Olde Cabin Road, Suite 400 St. Louis, MO 63141 Tel: 314.342.6334 | Attorneys for Defendant MACY'S WEST STORES, INC. n/k/a MACY'S RETAIL HOLDINGS, LLC |

**(XX) [BY CM/ECF NOTICE OF ELECTRONIC FILING]:** I electronically filed the document(s) with the Clerk of the Court by using CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

Executed on October 15, 2024, at Irvine, California.

**PROOF OF SERVICE**
-1

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*/S/ REBECA AVALOS*

**PROOF OF SERVICE**

-2